| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting ( as name, First name, Middle initial)<br><br>Bye, Kermit E | 2. Court or Organization<br><br>USCA - 8th Circuit | 3. Date of Report<br><br>5/5/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge — Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Chambers 330<br><br>655 Firs Avenue North<br><br>Fargo, ND 58102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Member, Executive Board | Central European and Eurasian Law Initiative |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED May 10 10 06 AM '05 FINANCIAL DISCLOSURE OFFICE

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | Tirana, Albania, July 10-14, CEELI Advisory Board Annual Meeting (meals, hotel, transportation) |
| 2. | American Bar Association | Washington, DC, Feb. 19, CEELI Executive and Advisory Board meetings (meals and transportation) |
| 3. | American Bar Association | Washington, DC, May 17, CEELI Executive and Advisory Board meetings (meals and transportation) |
| 4. | American Bar Association | Washington, DC, Nov. 3-4, CEELI Executive and Advisory Board meetings (meals, hotel and transportation) |
| 5. | American Bar Association | San Antonio, TX, Feb. 5-10, ABA Midyear Meeting (meals, hotel, transportation) |
| 6. | University of Cincinnati College of Law | Cincinnati, OH, April 2-4, Judge moot court competition (meals, hotel, transportation) |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Bye, Kermit E | 5/5/2005 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE – (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 7. Bar Association of Metropolitan St. Louis | Lake Ozark, MO, June 3-5, Presentation at BAMSL Spring Seminar (meals, hotel, transportation) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bye, Kermit E | 5/5/2005 |

## VII.  INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   USBank (Checking Account) | A | Interest | J | T | | | | | |
| 2.   USBank Money Market Fund | A | Interest | J | T | | | | | |
| 3.   Charles Schwab Cash Balance | A | Interest | K | T | | | | | |
| 4.   Strong Money Market Fund | A | Interest | J | T | | | | | |
| 5.   Series "E" Savings Bonds | A | Interest | J | T | | | | | |
| 6.   T. Rowe Price Growth Fund, Inc. | A | Dividend | M | T | | | | | |
| 7.   Vanguard-Windsor Fund | A | Dividend | L | T | | | | | |
| 8.   Fidelity New Millennium Fund | A | Dividend | L | T | | | | | |
| 9.   Strong Ultra Short Term Income Fund fkaStrong Advantage Fund | A | Dividend | J | T | | | | | |
| 10.   Columbia Special Fund fka SteinRoe Capital Oppor. Fund, Inc. | A | Dividend | K | T | | | | | |
| 11.   American Century Income and Growth Fund | A | Dividend | J | T | | | | | |
| 12.   Schwab Asset Director - High Growth Fund | A | Dividend | K | T | | | | | |
| 13.   Vanguard GNMA Portfolio | D | Dividend | M | T | | | | | |
| 14.   Vanguard Index 500 | A | Dividend | K | T | | | | | |
| 15.   CUNA Mutual Life Insurance Company | A | Interest | J | U | | | | | |
| 16.   Indianapolis Life Insurance Company | A | Interest | J | U | | | | | |
| 17.   Franklin Life Insurance Company (Paid Up) | A | Interest | J | U | | | | | |
| 18.   Security Int'l Life Ins Co n/k/a Jackson Nat'l Life Ins C | A | Interest | K | U | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bye, Kermit E | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 ( -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Farm Real Estate, Traill County, ND | E | Rent | N | W | | | | | |
| 20. Car-Ly Properties Partnership | F | Rent | N | W | | | | | |
| 21. Condominium Rentals, Bismarck, ND | E | Rent | M | W | | | | | |
| 22. Lake Cottage #1, Otter Tail County, MN  AV: $230,300 | | None | N | S | | | | | |
| 23. Lake Cottage #2, Otter Tail County, MN  AV: $303,800 | | None | N | S | | | | | |
| 24. Thrift Savings Plan | G | Dividend | P1 | T | | | | | |
| 25. Price New America Growth Fund (IRA Account) | B | Dividend | K | T | | | | | |
| 26. Vogel Law Firm Pension Trust (Keogh) (includes Dak REIT) | D | Dividend | M | W | | | | | |
| 27. Vogel Law Firm Profit Sharing Plan Trust | A | Dividend | J | U | | | | | |
| 28. NDSBIC Limited Partnership (Limited Partner) | A | Dividend | K | W | | | | | |
| 29. Vanguard Star Fund (IRA Account) | B | Dividend | L | T | | | | | |
| 30. Amerrus Group Co. | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:
(See Columns B1 and D4)
| A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |

2. Value Codes
(See Columns C1 and D3)
| J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 |
| N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 |
| P3 = $25,000,001-$50,000,000 | P4 = More than $50,000,000 | | |

3. Value Method Codes
(See Column C2)
| Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market |
| U = Book Value | V = Other | W = Estimated | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report)

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Bye, Kermit E

Date of Report

5/5/2005

VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date  MAY 05, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544